IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TRIVAR MARQUETTE SCRIVEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 121-022 |
| | ) | (Formerly CR 119-111) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at Edgefield Correctional Institution in Edgefield, South Carolina, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Respondent moves to dismiss the § 2255 motion, and in support of its arguments cites to the transcript of the Rule 11 proceedings. (See doc. no. 5, pp. 3-6.) At the time Respondent filed the motion to dismiss and served Petitioner, the Rule 11 transcript had not been made a part of the record. That transcript has now been filed. CR 119-111, doc. no. 121. Respondent's arguments for dismissal are based, in part, on enforcement of a valid collateral attack waiver entered pursuant to a knowing and voluntary guilty plea. Petitioner should be provided the opportunity to review the Rule 11 transcript to formulate his response to the dispositive motion.

Accordingly, the Court **DIRECTS** Respondent to serve a copy of the Rule 11 on Petitioner as soon as possible, but in any event no later than April 23, 2021. Petitioner's response to the motion to dismiss shall be due May 14, 2021.

SO ORDERED this 16th day of April, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA