AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TRIVAR MARQUETTE SCRIVEN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 1:21-022
(Formerly CR 1:19-111)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 13, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Respondent's Motion to Dismiss is GRANTED, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is DENIED, and Petitioner is DENIED a COA in this case. Therefore, Petitioner is not entitled to appeal in forma pauperis. Judgment is entered in favor of the Respondent, and this civil action stands CLOSED.

08/16/2021
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020